# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136426

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                   SC: 136426
                                                    COA: 283690
                                                    Gogebic CC: 05-000111-FH
ROBERT THOMAS GURDA,
            Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the March 19, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

        KELLY, J., would remand this case for resentencing in light of *People v Cannon*, 481 Mich 152 (2008).



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2008                    _____

d0916                                                   Clerk